

**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   JAMES T. MORRIS AND RHONDA C. MORRIS | CHAPTER 13 |
| DEBTORS | Case No.  16-12664 JDW |
| OXFORD UNIVERSITY BANK | CREDITOR |
| LINDA D. GRAHAM | INTERESTED PARTY |

### ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT OF PROPERTY [DOC NO. 23]

**THIS DAY** this cause came on before the Court upon the motion of Oxford University Bank, no response and/or objection having been filed by the deadline provided by the Court, and the Court having been fully advised in the premises hereby finds and orders as follows:

It is therefore, ORDERED as follows:

1.    The automatic stay as it applies to the Deposit/Share Account owed by Linda D. Graham, accounting ending in 0082, is hereby lifted so that the Creditor can liquidate the balance owed on the loan of the Debtor in the amount of $2,192.68  and the property is abandoned from the bankruptcy estate.

  2. Oxford University Bank may execute on the collateral as allowed by law.

**#END OF ORDER#**

PREPARED BY:

KAREN B. SCHNELLER, MSB # 6558
ROBERT H. LOMENICK, JR., MSB #104186
SCHNELLER & LOMENICK, P.A.
126 NORTH SPRING STREET
POST OFFICE BOX 417
HOLLY SPRINGS, MISSISSIPPI 38635
(662) 252-3224/karen.schneller@gmail.com
rlomenick@gmail.com