IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMES T. & RHONDA C. MORRIS     CASE NO: 16-12664
        DEBTORS     CHAPTER 13

## MOTION FOR MODIFICATION OF PLAN

**COME NOW** the debtors and file this proposed modification of their Chapter 13 plan as follows:

The debtors filed this Chapter 13 petition on August 04, 2016. They proposed a thirty-six (36) month plan. The debtors respectfully request to extend their plan to a sixty (60) month term. The debtors also respectfully request that their wage order be recalculated. They will use the extra income towards their living expenses.

**WHEREFORE,** the debtors pray that the Chapter 13 Plan be modified as set forth above.

**RESPECTFULLY** submitted, this the 23nd day of July, 2019.

           */s/William C. Cunningham*
           William C. Cunningham
           Attorney for Debtor

MITCHELL & CUNNINGHAM
William C. Cunningham, 7964
112 N Broadway
P.O. Box 7177
Tupelo, MS 38802
(662) 407-0408 (Office)
(662) 407-0782 (Fax)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMES T. & RHONDA C. MORRIS     CASE NO: 16-1264
       DEBTORS                                                             CHAPTER 13

## NOTICE OF MOTION

YOU ARE HEREBY NOTIFIED that a written response to the attached Motion for Modification, must be filed with:

**Shallanda J. Clay, Clerk of Court**
U.S. Bankruptcy Court
Northern District of Mississippi
703 Hwy. 145 North
Aberdeen, MS 39703-0867

and a copy must be served on the undersigned Debtors' attorney and the Chapter 13 Trustee on or before thirty (30) days from the date of this notice, or the Court may consider said motion immediately after the objection or response due date. In the event a written response is filed, the Court will notify you of the date, time and place of the hearing thereon.

DATED: July 23, 2019

CHAPTER 13 STANDING TRUSTEE      */s/William C. Cunningham*
LOCKE D. BARKLEY                           Attorney for Debtor
sbeasly@barkley13.com                  MITCHELL & CUNNINGHAM
                                                                112 North Broadway
                                                                Post Office Box 7177
                                                                Tupelo, MS 38802-7177
                                                                (662) 407-0408

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR NORTHERN DISTRICT OF MISSISSIPPI

IN RE: JAMES T. & RHONDA C. MORRIS        CASE NO: 16-12664
       DEBTORS        CHAPTER 13

## CERTIFICATE OF SERVICE

I, William C. Cunningham, Attorney for the debtors do hereby certify that I have this day either mailed, a true and correct copy by United States mail, postage prepaid, or electronically mailed through ECF, a copy of the attached Notice and Motion to the following:

Locke D. Barkley
sbeasly@barkley13.com

United States Trustee
USTPRegion05.AB.ECF@usdoj.gov

All Creditors on Matrix

DATED: July 23, 2019

       _/s/William C. Cunningham_
       William C. Cunningham
       Attorney at Law

MITCHELL & CUNNINGHAM
112 N Broadway
Post Office Box 7177
Tupelo, MS 38802-7177
(662) 407-0408

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 16-12664-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Tue Jul 23 14:14:07 CDT 2019 | 1st Franklin Financial<br>2249 Hwy 15 North<br>Pontotoc, MS 38863-6832 | 1st Franklin Financial Corporation<br>PO Box 552<br>Pontotoc, MS 38863-0552 |
| 1st Heritage Credit<br>125-A Heritage Dr.<br>Oxford, MS 38655-5458 | 1st Heritage Credit<br>125A Heritage Dr<br>Oxford, MS 38655-5458 | ARS National Services<br>P.O. Box 469046<br>Escondido, CA 92046-9046 |
| Advance America<br>245-A Hwy 15 North<br>Pontotoc, MS 38863-1314 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Credit Collection Services<br>725 Canton Street<br>Norwood, MA 02062-2679 | William C. Cunningham<br>P.O. Box 7177<br>Tupelo, MS 38802-7177 |
| FCSI<br>PO Box 3910<br>Tupelo, MS 38803-3910 | First Heritage Credit of Ms LLC<br>125-A Heritage Drive<br>Oxford, MS 38655-5458 | First Premier Bank<br>P.O. Box 5519<br>Sioux Falls, SD 57117-5519 |
| First Source Advantage<br>205 Bryant Woods South<br>Amherst, NY 14228-3609 | Geico<br>One Geico Plaza<br>Bethesda, MD 20811-0001 | Ginny's<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Ginny's<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Linda D. Graham<br>1068 CR 43<br>Atlanta, GA 30374 | Jacob Law Group PLLC<br>P.O. Box 948<br>Oxford, MS 38655-0948 |
| LVNV Funding LLC<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of Bluestem Brands, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Law Firm of Ryan E. Calef<br>The Bucks County Office Center<br>1276 Veterans Hwy, Suite E-1<br>Bristol, PA 19007-2597 |
| Linda Graham<br>1068 CR 43<br>Atlanta, GA 30374 | Robert H. Lomenick Jr.<br>P.O. Box 417<br>Holly Springs, MS 38635-0417 | Mid America Bank and Trust,<br>Continental Finance<br>P.O. Box 8099<br>Newark, DE 19714-8099 |
| Midland Funding<br>2365 NorthSide Drive Ste 300<br>San Diego, CA 92108-2709 | Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Mirand Response Systems<br>P.O. Box 219050<br>Houston, TX 77218-9050 |

| | | |
|---|---|---|
| Montgomery Ward<br>1112 7th Ave<br>Monroe, WI 53566-1364 | Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | James T. Morris Jr.<br>212 W. Sweet Potato Ave<br>Vardaman, MS 38878-9428 |
| Rhonda C. Morris<br>212 W. Sweet Potato Ave<br>Vardaman, MS 38878-9428 | Navient<br>P.O. Box 9635<br>Wilkes Barre, PA 18773-9635 | Navient Solutions Inc.<br>Department of Education Loan Services<br>P.O. Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| Nelnet<br>P.O. Box 740283<br>Atlanta, GA 30374-0283 | North MS Medical Center<br>830 S. Gloster<br>Tupelo, MS 38801-4996 | Northland Group Inc.<br>P.O. Box 390846<br>Minneapolis, MN 55439-0846 |
| (p)OXFORD UNIVERSITY BANK<br>1500 UNIVERSITY AVE<br>OXFORD MS 38655-4034 | Pathgroup Labs<br>5301 Virginia Way<br>Brentwood, TN 37027-7541 | Penn Credit<br>P.O. Box 988<br>Harrisburg, PA 17108-0988 |
| Pontotoc Check Delay<br>291 A W. Oxford St.<br>Pontotoc, MS 38863-1919 | Pontotoc County Justice Court<br>29 East Washington Street<br>Pontotoc, MS 38863-2923 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | Quantum3 Group LLC as agent for<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Ray Stark<br>104 W. Oxford St.<br>Pontotoc, MS 38863-2015 |
| Recovery Management Systems Corporation<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | (p)REPUBLIC FINANCE LLC<br>282 TOWER RD<br>PONCHATOULA LA 70454-8318 | Seventh Avenue<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 |
| Synchrony Bank<br>c/o Recovery Management Systems Corporat<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Synchrony Bank/ Walmart<br>P.O. Box 965024<br>Orlando, FL 32896-5024 | Tupelo Service Finance<br>P.O. Box 1791<br>Tupelo, MS 38802-1791 |
| U. S. Attorney for Navient<br>Northern District of Mississippi<br>900 Jefferson Avenue<br>Oxford MS 38655-3608 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 | U.S. Department of Education C/O Nelnet<br>121 South 13th St, Suite 201<br>Lincoln, NE 68508-1911 |
| Van Ru Credit Corporation<br>1350 E Touhy Ave Ste. 300 E<br>Des Plaines, IL 60018-3303 | Web Bank/Fingerhut<br>6250 Ridgewood Road<br>Saint Cloud, MN 56303-0820 | Woodforest Bank<br>100 McCord Road<br>Pontotoc, MS 38863-6245 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Capital One Bank
15000 Capital One Drive
Glen Allen, VA 23238

Oxford University Bank
1550 University Ave.
Oxford, MS 38655

(d)Oxford University Bank
1500 University Ave
Oxford, MS 38655

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541-1223

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Republic Finance
P.O. Box 861
New Albany, MS 38652

(d)Republic Finance
P.O. Box 861
New Albany, MS 38652

(d)Republic Finance, LLC
1140 Roma Avenue
Hammond, LA 70403

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)1st Franklin Financial
2249 Hwy 15 North
Pontotoc, MS 38863-6832

End of Label Matrix
Mailable recipients    59
Bypassed recipients     1
Total                  60